UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Schmidt Printing, Inc.,

      Plaintiff/Counterclaim Defendant

v.                                                 Civ. No. 10-1038 (JNE/TNL)
                                                    ORDER

Pitney Bowes, Inc., individually and d/b/a
Pitney Bowes International Services,

      Defendant/Counterclaimant.

This matter is before the Court on Plaintiff's and Defendant's objections to an Order and Memorandum issued by the Honorable Tony N. Leung, United States Magistrate Judge, on August 29, 2011. In that Order, the magistrate judge granted in part Plaintiff's Motion to Amend Plaintiff's Answer to Defendant's Counterclaim. Both Plaintiff and Defendant objected and responded. The Court has reviewed the record. Based on that review, the Court affirms the magistrate judge's Order because it is neither "clearly erroneous" nor "contrary to law." See 28 U.S.C. § 636(b)(1)(A) (2006); Fed. R. Civ. P. 72(a); D. Minn. LR 72.2(a). Therefore, IT IS ORDERED THAT:

    1.    The magistrate judge's August 29, 2011 Order [Docket No. 83] is AFFIRMED.

Dated: November 2, 2011

                                                            s/ Joan N. Ericksen
                                                            JOAN N. ERICKSEN
                                                             United States District Judge